Opinion issued May 29, 2025



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00736-CV

_____

**SPENCER LANGTHORN, Appellant**

**V.**

**CHARLES MCDADE, INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF MCDADE INSURANCE BROKERAGE GROUP, LLC, AND THE MCDADE INSURANCE BROKERAGE GROUP PARTNERSHIP, Appellee**

---

On Appeal from the 157th District Court
Harris County, Texas
Trial Court Case No. 2023-42906

---

**MEMORANDUM OPINION**

Appellant Spenser Langthorn filed an Unopposed Voluntary Motion to Dismiss Appeal requesting that this Court "dismiss this [a]ppeal." No cross appeal has been filed and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

We grant Appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). All other pending motions are denied as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.